UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. TOTO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ELVIN VALENZUELA, et al.,<br><br>  Defendants. | CASE NO. CV 13-1694-VAP (PJW)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CASE |

   Before the Court is a letter from Plaintiff in which he requests an attorney, a TRO/injunction, or permission to dismiss his case without prejudice. (Doc. No. 7.) As Plaintiff explains in his letter, he is being paroled in October 2013, and wishes to deal with this case at that time. The Court interprets this request as a motion to voluntarily dismiss the case under Federal Rule of Civil Procedure

41(a).  The motion is hereby granted and the case is dismissed without prejudice.  This dismissal does not constitute a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED: June 18, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Patrick J. Walsh
United States Magistrate Judge

C:\Temp\notesE1EF34\_194_CV13-1694VAP(PJW)-TOTO-Ord_voluntary.dismissal.wpd