1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10   ROBERT N. TOTO, JR.,                   )   Case No. CV 13-1694-VAP (PJW)
                                            )
11                    Plaintiff,            )   J U D G M E N T
                                            )
12          v.                              )
                                            )
13   ELVIN VALENZUELA, et al.,              )
                                            )
14                    Defendants.           )
     _____)

15

16          Pursuant to the Order Dismissing the Complaint,

17          IT IS ADJUDGED that the action is dismissed without prejudice.

18

19   DATED:   June 19 2013              .

20

21                                  _____
                                    VIRGINIA A. PHILLIPS
22                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28   S:\PJW\Cases-Civil Rights\CONTRERAS 1779\Judgment.wpd